IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| SUTTON FUNDING, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 11-3029 |
| | ) | |
| MANDY N. BEEDIE, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

The Court now considers Plaintiff Sutton Funding, LLC's Motion to Set Aside Judgment and Dismiss Case. See d/e 21 (Motion). In support of its Motion, Plaintiff states that while the Court entered Judgment against Defendant on June 23, 2011, Plaintiff wants to set that Judgment aside because it accepted a loan modification on August 3, 2011. Given Plaintiff's recitation, this Court finds good cause to set aside the Judgment entered on June 23, 2011. See d/e 20.

THEREFORE, Plaintiff Sutton Funding, LLC's Motion to Set Aside

1

Judgment and Dismiss Case (d/e 21) is GRANTED.  The Judgment entered on June 23, 2011 (d/e 20) is VACATED.  This case is DISMISSED WITHOUT PREJUDICE and the matter is CLOSED.

    IT IS SO ORDERED.

    DATE: September 21, 2011

    FOR THE COURT:                s/ Sue E. Myerscough
                                              SUE E. MYERSCOUGH
                                              UNITED STATES DISTRICT JUDGE